JAMES E. SALVEN, TRUSTEE
8427 N. Millbrook Ave., Ste. 101 · Fresno, CA 93720
Post Office Box 25970 · Fresno, CA 93729
(559) 230-1095 · Fax (559) 230-1093

November 12, 2009

United States Bankruptcy Court
Attn: Karen
501 "I" Street, Suite 3-200
Sacramento, CA 95814

FILED
DEC 15 2009
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

UNDISTRIBUTED BALANCE

| | |
|---|---|
| TO: | Clerk, U.S. Bankruptcy Court |
| FROM: | James E. Salven, Trustee |
| DATE: | November 12, 2009 |
| DEBTOR(S): | RODOLFO FLORES |
| CASE NUMBER: | 08-15722-A-7 |
| AMOUNT | $2,500.00 |

CLAIMS DISTRIBUTION: Unclaimed Money. Stop put on check # 1001.

Transmitted herewith is a check in the above amount for deposit with the court as undistributed balance in the above named case. (Make check payable to "Clerk, U.S. Bankruptcy Court". Attach check to original plus one copy of this form.)

EXPLANATION OF SOURCES:

| SOURCE | CHECK # | AMOUNT |
|---|---|---|
| Exemption for Asset # 2<br>1970 Mercury Cougar | 1001 | $2500.00 |

Receipt # 2-9-04457b        James E. Salven, Trustee

56